# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| FRANK HALL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> *Plaintiff/Appellee,* <br><br> v. <br><br> JOHNSON & JOHNSON, ET AL., <br><br> *Defendants/Appellants.* | No. 24-1409 <br><br> On Appeal from the United States District Court for the District of New Jersey, No. 3:18-cv-01833-ZNQ-TJB (Hon. Zahid N. Quraishi) |

## MOTION TO WITHDRAW APPEARANCE

Attorney Robert N. Hochman, having previously appeared as counsel for Appellants, moves to withdraw his appearance. In support of this motion, Mr. Hochman states that he is leaving the law firm of Sidley Austin LLP on June 1, 2025, and consequently seeks to withdraw his appearance in the case for Appellants. Appellants will continue to be represented by Kristen R. Seeger, John M. Skakun III, and Neil H. Conrad.

Dated: May 30, 2025

Respectfully submitted,

*/s/ Robert N. Hochman*

Robert N. Hochman
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603

Telephone: (312) 853-7000
Facsimile: (312) 853-7036
rhochman@sidley.com

*Counsel for Appellants*

## **CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because it contains 69 words (as determined by Microsoft Word 365), excluding the parts of the motion exempted by Rule 32(f). This motion also complies with the typeface and type-style requirements of Rules 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared in a proportionally spaced 14-point typeface, Century Schoolbook, using Microsoft Word 365.

I certify that the electronic version of this document was scanned with Crowdstrike, version 7.05.17706.0, and no viruses were detected.

Dated: May 30, 2025                    Respectfully submitted,

*/s/ Robert N. Hochman*

Robert N. Hochman
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
rhochman@sidley.com

*Counsel for Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2025, I electronically filed the foregoing with the Clerk of the Court of the United States Court of Appeals for the Third Circuit by using the CM/ECF system. I certify that all participants in the case are Filing Users and that service will be accomplished electronically by the Notice of Docket Activity in accordance with Third Circuit Local Appellate Rule 113.4.

Dated: May 30, 2025

Respectfully submitted,

*/s/ Robert N. Hochman*

Robert N. Hochman
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
rhochman@sidley.com

*Counsel for Appellants*